# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTONIO DAILEY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-00172-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER EAJA<br><br>(ECF No. 16) |

Vincent Antonio Dailey ("Plaintiff") filed the complaint in this action on February 7, 2024.  (ECF No. 1.)  On June 4, 2024, the Court entered the parties' stipulation agreeing to a voluntary remand of the matter pursuant to 42 U.S.C. § 405(g), remanded the action for further proceedings, and entered judgment in favor of Plaintiff.  (ECF Nos. 13, 14, 15.)  On June 12, 2024, the parties filed a stipulation for the award of attorney fees in the amount of $6,874.81, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (ECF No. 23.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of $6,874.81 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **June 12, 2024**

UNITED STATES MAGISTRATE JUDGE